IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF MARYLAND
Located in Greenbelt

| | |
|---|---|
| IN RE<br><br>TOMIKA C STROMAN<br><br>    Debtor | Case No. 20-16532-TJC<br>Chapter 13 |
| CARVANA, LLC<br>PO Box 29018<br>Phoenix, AZ 85038<br><br>    Movant<br>v.<br><br>TOMIKA C STROMAN<br>6500 Halleck St<br>Forestville, MD 20747<br><br>    Respondents | Motion No. |

## **MOTION FOR RELIEF FROM AUTOMATIC STAY**

    COMES NOW, Carvana, LLC, its successors and/or assigns, movant, by its attorneys, Mark D. Meyer, Esq., and Rosenberg & Associates, LLC, and respectfully represents as follows:

    1.  Jurisdiction is based on 11 U.S.C. Section 362(d)-(f).

    2.  On or about July 3, 2020, Tomika C Stroman ("Debtor") filed a Voluntary Petition in the Court under Chapter 13 of the Bankruptcy Code.

    3.  Timothy P. Branigan is the Chapter 13 trustee of the Debtor's estate.

    4.  At the time of the initiation of these proceedings, the Debtor owned a 2015 Acura MDX Sport Utility VIN #5FRYD4H24FB011273 (hereinafter "the subject property").

    5.  The subject property is encumbered by a Retail Installment Contract and Security Agreement securing the note, which is currently held by the movant. The documents evidencing the movant's security interest are attached hereto.

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 79266

     6.  The total amount due under the Retail Installment Contract and Security Agreement securing the Movant as of January 6, 2021, not including attorney's fees and court costs, is approximately $22,660.72.

     7.  The Debtor is in default under the Retail Installment Contract and Security Agreement, and the Movant has accelerated the entire balance of the Retail Installment Contract and Security Agreement and interest continues to accrue.

     8.  The Debtor has not made post-petition payments for the months of November 7, 2020 - December 7, 2020, and equity in the subject property is dissipating.

     9.  The Movant lacks adequate protection of its interest in the subject property.

     10.  The Movant has been and continues to be irreparably injured by the stay of Section 362 of the Bankruptcy Code, which prevents the Movant from enforcing its rights under the Retail Installment Contract and Security Agreement.

     11.  Cause exists for lifting the automatic stay imposed by Section 362 of the Bankruptcy Code to enable the Movant to enforce its rights under its Retail Installment Contract and Security Agreement.

     12.  The subject property is not necessary for an effective reorganization.

     WHEREFORE, the Movant, Carvana, LLC its successors and/or assigns, respectfully requests that this Honorable Court:

     1.  Enter an order terminating the automatic stay imposed by Section 362 of the Bankruptcy Code to enable it to proceed with repossession and sale of the 2015 Acura MDX Sport Utility VIN #5FRYD4H24FB011273; and

     2.  Grant such other and further relief as may be just and necessary.

     /s/Mark D. Meyer, Esq._____
Mark D. Meyer, Esq.
Federal Bar 15070

Rosenberg & Associates, LLC
4340 East West Highway, Suite 600
Bethesda, MD 20814

ROSENBERG &
ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 79266

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 7th day of January, 2021, I reviewed the Court's CM/ECF system and it reports that an electronic copy of the foregoing Motion for Relief from the Automatic Stay will be served electronically by the Court's CM/ECF system on the following:

Timothy P. Branigan, Trustee

Teresa Cho Edwards, Esquire

    I hereby further certify that on the 7th day of January, 2021, a copy of the foregoing Motion for Relief from the Automatic Stay was also mailed first class mail, postage prepaid to:

Tomika C Stroman
6500 Halleck Street
Forestville, MD 20747

                                                /s/Mark D. Meyer, Esq.
                                                Mark D. Meyer, Esq.

ROSENBERG & ASSOCIATES, LLC
4340 East West Highway
SUITE 600
BETHESDA, MD 20814
(301) 907-8000
FILE NUMBER: 79266