

Collateral Management Services
9750 Goethe Road | Sacramento, CA 95827
www.dealertrack.com

# Carvana LLC

## Lien and Title Information

### Account Information

| | | | |
|---|---|---|---|
| **Account Number** | | **Financed Date** | 6/6/2020 |
| **Loan Number** | | **Perfected Date** | 9/18/2020 |
| **Branch** | 20002 | **Payoff Date** | |
| **Borrower 1** | ToMika Stroman | **Dealer ID** | |
| **Borrower 2** | | **Dealer** | |
| **Borrower Address** | 10514 Lake Arbor Way<br>Bowie, MD 20721 | **Dealer Address** | |

### Lienholder

| | |
|---|---|
| **ELT Lien ID** | |
| **Lienholder** | Carvana LLC |
| **Lienholder Address** | PO Box 29002<br>Phoenix, AZ 85038 |
| **Lien Release Date** | |

### Vehicle and Titling Information

| | | | |
|---|---|---|---|
| **VIN** | 5FRYD4H24FB011273 | **Issuance Date** | 9/18/2020 |
| **Title Number** | 53267695 | **Received Date** | 9/18/2020 |
| **Title State** | MD | **ELT/Paper** | ELECTRONIC |
| **Year** | 2015 | **Odometer Reading** | 70998 |
| **Make** | ACUR | **Branding** | |
| **Model** | | | |
| **Owner 1** | STROMAN, TOMIKA CANDEE | | |
| **Owner 2** | | | |
| **Owner Address** | 6500 HALLECK ST<br>FORESTVILLE, MD 20747-4915 | | |

**Printed:** Tuesday, September 29, 2020 10:14:54 AM PST